IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: <br> <u>Jennifer Kelley Brink</u> <br> <u>fka Jennifer K Morrison</u> <br> <u>dba General Fitness</u> <br><br> Debtor(s) | Case No. <u>15-bk-03887-MDF</u> <br> Chapter 13 |
|---|---|

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| *Name of Transferee* | *Name of Transferor* |
|---|---|
| Pennymac Loan Services, LLC as servicer for Bank of America, N.A. <br><br> **Name and Address where Notices and Payments to Transferee should be sent:** <br> Notice Address: <br> Pennymac Loan Services, LLC <br> 6101 Condor Drive <br> Suite 200 <br> Moorpark, CA 93021 <br><br> Payment Address: <br> Pennymac Loan Services, LLC <br> P.O. Box 660929 <br> Dallas, TX 75266 <br><br> Phone: <br> Last Four Digits of Acct. #: 8690 | Bank of America, N.A. <br><br> Court Claim #: 5 <br> Amount of Claim: $183,260.05 <br> Date Claim Filed: 02/02/2016 <br> Last Four Digits of Acct. 1767 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date: November 22, 2016

By: **/s/ Jill Manuel-Coughlin, Esquire**
Jill Manuel-Coughlin, Esquire
Transferee/Tranferee's Agent

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re:<br>Jennifer Kelley Brink<br>fka Jennifer K Morrison<br>dba General Fitness<br><br>Debtor(s) | Case No. 15-bk-03887-MDF<br>Chapter 13 |
|---|---|

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 5 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of this transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on November 22, 2016.

| *Name of Alleged Transferor*<br>Bank of America, N.A. | *Name of Transferee*<br>Pennymac Loan Services, LLC as servicer for Bank of America, N.A. |
|---|---|
| *Address of Transferor:*<br>Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631 | *Address of Transferee:*<br>Notice Address:<br>Pennymac Loan Services, LLC<br>6101 Condor Drive<br>Suite 200<br>Moorpark, CA 93021<br><br>Payment Address:<br>Pennymac Loan Services, LLC<br>P.O. Box 660929<br>Dallas, TX 75266 |

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                             _____
                                                                                **CLERK OF THE COURT**