UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   JENNIFER KELLEY BRINK          :   CHAPTER 13
          Debtor(s)                        :
                                           :
          CHARLES J. DEHART, III           :
          STANDING CHAPTER 13 TRUSTEE      :
          Movant                           :
                                           :
          vs.                              :
                                           :
          JENNIFER KELLEY BRINK            :
          Respondent(s)                    :   CASE NO.   1-15-bk-03887

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

        AND NOW, this   20th   day of November, 2020, comes Charles J. DeHart, III,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

      1.  The Trustee avers that debtor(s)' plan is not feasible based upon the following:

          a.  The plan is underfunded relative to claims to be paid.

        WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

          a.  Deny confirmation of debtor(s) plan.
          b.  Dismiss or convert debtor(s) case.
          c.  Provide such other relief as is equitable and just.

                        Respectfully submitted:

                        Charles J. DeHart, III
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097

          BY:             /s/James K. Jones
                        Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

   AND NOW, this 20th day of November, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dorothy Mott, Esquire
125 State Street
Harrisburg, PA 17101


          /s/Deborah A. Behney
          Office of Charles J. DeHart, III
          Standing Chapter 13 Trustee