United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 15-03887-HWV
Jennifer Kelley Brink Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Dec 14, 2022 | Form ID: 3180W | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Kelley Brink, 265 Webster Street, Carlisle, PA 17013-2027 |
| cr | + | BANK OF AMERICA, N.A., 16001 N. Dallas Pkwy, Addison, TX 75001-3311 |
| 4694053 | + | BANK OF AMERICA NA, BANKRUPTCY DEPARTMENT, 3451 HAMMOND AVE 507-345-110, WATERLOO, IA 50702-5345 |
| 5297555 | + | Bank of America NA, c/o James C Warmbrodt Esq, KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4747453 | | EDI: BANKAMER.COM | Dec 14 2022 23:43:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL, 33631-3785 |
| 4694054 | | EDI: CAPITALONE.COM | Dec 14 2022 23:43:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4694056 | | EDI: PENNDEPTREV | Dec 14 2022 23:43:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4694056 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 14 2022 18:41:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4701101 | | EDI: CAPITALONE.COM | Dec 14 2022 23:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4694057 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 14 2022 18:54:55 | HUD HEADQUARTERS, BANKRUPTCY NOTICES, 451 7TH STREET SW, WASHINGTON, DC 20410-0001 |
| 4694058 | | EDI: IRS.COM | Dec 14 2022 23:43:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4694055 | | Email/Text: info@pamd13trustee.com | Dec 14 2022 18:41:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 4694059 | + | Email/Text: unger@members1st.org | Dec 14 2022 18:41:00 | MEMBERS 1ST FCU, 5000 LOUISE DR, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 4733485 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 14 2022 18:41:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4694060 | + | Email/Text: Bankruptcies@nragroup.com | Dec 14 2022 18:41:00 | NATIONAL RECOVERY AGENCY, PO BOX 67015, HARRISBURG PA 17106-7015 |
| 4858710 | + | Email/PDF: ebnotices@pnmac.com | Dec 14 2022 18:54:50 | Pennymac Loan Services, LLC, P.O. Box 660929, Dallas, TX 75266, Pennymac Loan Services, LLC, P.O. Box 660929, Dallas, TX 75266-0929 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 4858709 | + | Email/PDF: ebnotices@pnmac.com | Dec 14 2022 18:54:44 | Pennymac Loan Services, LLC, P.O. Box 660929, Dallas, TX 75266-0929 |
| 4694061 | | EDI: RMSC.COM | Dec 14 2022 23:43:00 | SYNCB/CARE, BK NOTICES, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 4694062 | + | EDI: RMSC.COM | Dec 14 2022 23:43:00 | SYNCB/PPXTRM, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 4694064 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Dec 14 2022 18:41:00 | UNEMPLOYMENT COMP OVERPAYMENT MATTERS, DEPT OF LABOR AND INDUSTRY, OFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 4694065 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Dec 14 2022 18:41:00 | UNEMPLOYMENT COMP TAX MATTERS, HARRISBURG CASES - OFF OF CHIEF COUNSEL, DEPT OF LABOR & INDUSTRY, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 4694052 | ##+ | ATLANTIC CREDIT & FINANCE, 3353 ORANGE AVENUE, ROANOKE, VA 24012-6335 |
| 4694063 | ##+ | TOMAS MORRISON, 1557 LONGS GAP ROAD, CARLISLE, PA 17013-8658 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Jennifer Kelley Brink DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos (Trustee) | |

| | |
|---|---|
| | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Jeremy John Kobeski | on behalf of Creditor Santander Bank NA pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor BANK OF AMERICA N.A. pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor Pennymac Loan Services LLC et al pamb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Mario John Hanyon | on behalf of Creditor BANK OF AMERICA N.A. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Santander Bank NA pamb@fedphe.com, mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 14

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jennifer Kelley Brink<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9407<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:15–bk–03887–HWV | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jennifer Kelley Brink
dba General Fitness, fka Jennifer K Morrison

12/14/22

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**