# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Jennifer Kelley Brink

                            Case No.: 1-15-03887HWV

                            Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1:  MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | PennyMac Loan Servicing, Inc |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 8690 |
| Property Address if applicable: | 265 Webster St Carlisle |

### PART 2:  CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $12,011.57 |
| b. | Prepetition arrearages paid by the trustee: | $12,011.57 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $9,620.96 |
| f. | Postpetition arrearage paid by the trustee: | $9,620.96 |
| g. | Total b, d, and f: | $21,632.53 |

### PART 3:  POSTPETITION MORTGAGE PAYMENT

Mortgage is paid directly by the debtor(s).

### PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: December 19, 2022   Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

# Disbursements for Claim

**Case:** 15-03887    **JENNIFER KELLEY BRINK**

**PENNYMAC HOLDINGS LLC**
PENNYMAC LOAN SERVICES LI
PO BOX 660929
DALLAS, TX  75266-

Sequence: 13
Modify:
Filed Date: 2/2/2016  12:00:00AM
Hold Code:

Acct No: 8690/PRE ARREARS/265 WEB

|  |  |  |
|---|---|---|
| Amt Sched: $0.00 | Debt: $12,011.57 | Interest Paid: $0.00 |
|  |  | Accrued Int: $0.00 |
| Amt Due: $0.00 | Paid: $12,011.57 | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **PENNYMAC HOLDINGS LLC** | | | | | | | |
| 520-0 | PENNYMAC HOLDINGS LLC | | 12/13/2022 | 2020070 | $116.28 | $0.00 | $116.28 | |
| 520-0 | PENNYMAC HOLDINGS LLC | | 11/16/2022 | 2019116 | $208.03 | $0.00 | $208.03 | |
| 520-0 | PENNYMAC HOLDINGS LLC | | 10/15/2020 | 1222730 | $129.24 | $0.00 | $129.24 | 10/26/2020 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 09/17/2020 | 1221734 | $313.04 | $0.00 | $313.04 | 09/30/2020 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 06/02/2020 | 1218601 | $271.40 | $0.00 | $271.40 | 06/12/2020 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 05/06/2020 | 1217627 | $271.40 | $0.00 | $271.40 | 05/19/2020 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 03/12/2020 | 1215331 | $281.35 | $0.00 | $281.35 | 03/26/2020 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 02/13/2020 | 1214018 | $281.35 | $0.00 | $281.35 | 02/27/2020 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 01/16/2020 | 1212664 | $281.35 | $0.00 | $281.35 | 02/06/2020 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 12/12/2019 | 1211302 | $281.35 | $0.00 | $281.35 | 12/24/2019 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 11/07/2019 | 1209934 | $281.35 | $0.00 | $281.35 | 11/22/2019 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 09/26/2019 | 1207666 | $574.75 | $0.00 | $574.75 | 10/23/2019 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 07/11/2019 | 1204829 | $280.75 | $0.00 | $280.75 | 07/19/2019 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 06/06/2019 | 1203428 | $280.75 | $0.00 | $280.75 | 06/19/2019 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | PENNYMAC HOLDINGS LLC | | 05/09/2019 | 1202122 | $561.49 | $0.00 | $561.49 | 05/17/2019 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 03/12/2019 | 1199426 | $280.74 | $0.00 | $280.74 | 03/20/2019 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 02/07/2019 | 1198150 | $280.75 | $0.00 | $280.75 | 02/19/2019 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 01/10/2019 | 1197032 | $280.75 | $0.00 | $280.75 | 01/18/2019 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 12/13/2018 | 1195660 | $280.74 | $0.00 | $280.74 | 12/24/2018 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 11/08/2018 | 1194259 | $280.75 | $0.00 | $280.75 | 11/16/2018 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 10/10/2018 | 1192909 | $563.91 | $0.00 | $563.91 | 10/19/2018 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 08/09/2018 | 1190252 | $563.90 | $0.00 | $563.90 | 08/15/2018 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 06/07/2018 | 1187481 | $563.90 | $0.00 | $563.90 | 06/14/2018 |
| | | | | | | Payment for 6/2018 | | |
| 520-0 | PENNYMAC HOLDINGS LLC | | 04/03/2018 | 1183076 | $845.86 | $0.00 | $845.86 | 04/12/2018 |
| | | | | | | Payment for 4/2018 | | |
| 520-0 | PENNYMAC HOLDINGS LLC | | 01/11/2018 | 1178970 | $563.90 | $0.00 | $563.90 | 01/24/2018 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 10/11/2017 | 1174824 | $566.32 | $0.00 | $566.32 | 10/27/2017 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 09/19/2017 | 1173546 | $283.16 | $0.00 | $283.16 | 09/29/2017 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 07/06/2017 | 1170526 | $283.16 | $0.00 | $283.16 | 07/24/2017 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 06/13/2017 | 1169126 | $283.15 | $0.00 | $283.15 | 06/28/2017 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 05/11/2017 | 1167537 | $566.32 | $0.00 | $566.32 | 05/25/2017 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 03/09/2017 | 1164365 | $283.16 | $0.00 | $283.16 | 03/22/2017 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 02/08/2017 | 1162837 | $283.16 | $0.00 | $283.16 | 02/23/2017 |
| 520-0 | PENNYMAC HOLDINGS LLC | | 01/12/2017 | 1161309 | $544.06 | $0.00 | $544.06 | 01/25/2017 |

Sub-totals: $12,011.57  $0.00  $12,011.57

Grand Total: $12,011.57  $0.00

**Case:** 15-03887        **JENNIFER KELLEY BRINK**

**PENNYMAC HOLDINGS LLC**
PENNYMAC LOAN SERVICES LI
PO BOX 660929
DALLAS, TX   75266-

**Sequence:** 13
**Modify:**
**Filed Date:**
**Hold Code:**

Acct No: 8690/POST ARREARS/265 WE

POST PETITION ARREARS  2ND AP

| | | | | |
|---|---|---|---|---|
| Amt Sched: | $0.00 | Debt: $9,620.96 | Interest Paid: | $0.00 |
| Amt Due: | $0.00 | Paid: $9,620.96 | Accrued Int: | $0.00 |
| | | | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5210** | **PENNYMAC HOLDINGS LLC** | | | | | | | |
| 521-0 | PENNYMAC HOLDINGS LLC | | 12/13/2022 | 2020070 | $93.14 | $0.00 | $93.14 | |
| 521-0 | PENNYMAC HOLDINGS LLC | | 11/16/2022 | 2019116 | $192.00 | $0.00 | $192.00 | |
| 521-0 | PENNYMAC HOLDINGS LLC | | 10/18/2022 | 2018080 | $508.16 | $0.00 | $508.16 | 11/03/2022 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 09/13/2022 | 2017013 | $508.16 | $0.00 | $508.16 | 09/26/2022 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 08/17/2022 | 2016004 | $508.16 | $0.00 | $508.16 | 08/29/2022 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 07/13/2022 | 2014932 | $472.93 | $0.00 | $472.93 | 07/26/2022 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 05/17/2022 | 2012934 | $945.87 | $0.00 | $945.87 | 05/25/2022 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 03/16/2022 | 2010837 | $945.87 | $0.00 | $945.87 | 03/23/2022 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 12/15/2021 | 2007863 | $945.87 | $0.00 | $945.87 | 12/24/2021 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 10/14/2021 | 2005810 | $973.84 | $0.00 | $973.84 | 10/25/2021 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 08/18/2021 | 2003762 | $486.92 | $0.00 | $486.92 | 08/30/2021 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 07/14/2021 | 2002691 | $486.92 | $0.00 | $486.92 | 07/29/2021 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 06/16/2021 | 2001716 | $486.92 | $0.00 | $486.92 | 06/29/2021 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 05/18/2021 | 2000712 | $471.38 | $0.00 | $471.38 | 06/08/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | PENNYMAC HOLDINGS LLC | | 04/15/2021 | 1229330 | $471.38 | $0.00 | $471.38 | 04/27/2021 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 03/17/2021 | 1228320 | $471.38 | $0.00 | $471.38 | 04/01/2021 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 02/17/2021 | 1227305 | $471.38 | $0.00 | $471.38 | 03/01/2021 |
| 521-0 | PENNYMAC HOLDINGS LLC | | 01/19/2021 | 1226287 | $180.68 | $0.00 | $180.68 | 02/04/2021 |

|  |  | Sub-totals: | $9,620.96 | $0.00 | $9,620.96 |
|---|---|---|---|---|---|
|  |  | Grand Total: | $9,620.96 | $0.00 | |

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jennifer Kelley Brink         CHAPTER 13
            Debtor(s)

CASE NO: 1-15-03887HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 19, 2022, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Kara K. Gendron, Esq
Mott & Gendron Law
125 State St
Harrisburg PA 17101

**Served by First Class Mail**
PennyMac Loan Servicing, Inc
6101 Condor Dr
Suite 200
Moorpark CA 93021

Jennifer Kelley Brink
265 Webster St
Carlisle PA 17013

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 19, 2022         /s/ Liz Joyce
                                           Office of the Standing Chapter 13 Trustee
                                           Jack N. Zaharopoulos
                                           Suite A, 8125 Adams Dr.
                                           Hummelstown, PA 17036
                                           Phone: (717) 566-6097
                                           email: info@pamd13trustee.com